**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SHONDRA BALINT and
ANTWON MERRILL,

    Plaintiffs,

v.                                              Case No: 8:14-cv-324-T-30EAJ

UNITED STATES OF AMERICA,

    Defendant.

---

**ORDER**

THIS CAUSE comes before the Court upon Defendant's Opposed Motion for Dismissal of Antwon Merrill's Lawsuit (Dkt. #17) and Plaintiff Antwon Merrill's Response in Opposition (Dkt. #21). On February 18, 2015, the Court issued an Order to Show Cause as to Antwon Merrill (Dkt. #18). Specifically, the Order directed Merrill to attend a Show Cause Hearing on March 5, 2015, and show cause why his case should not be dismissed for his failure to comply with this Court's orders.

On March 5, 2015, the Court conducted the Show Cause Hearing and heard from Merrill. Notably, Defendant's counsel stated at the hearing that, since the filing of its motion, Merrill had produced the relevant documents. The Court admonished Merrill regarding his failure to comply with the Court's orders and instructed him that he shall comply with all future orders or risk dismissal of his case.

Accordingly, it is ORDERED AND ADJUDGED that:

1. Defendant's Opposed Motion for Dismissal of Antwon Merrill's Lawsuit (Dkt. #17) is denied. Defendant now has the relevant documents. Defendant may file an appropriate motion for an extension of time if an extension is necessary in light of the delayed production.

2. As stated on the record at the March 5, 2015 Show Cause Hearing, any future failure on Plaintiff Antwon Merrill's part to comply with this Court's orders may result in the dismissal of his case with prejudice.

**DONE and ORDERED** in Tampa, Florida on March 5, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2014\14-cv-324.denymtdismiss-17.wpd